B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF TEXAS

In re ____MILDRED ROBERSON_____,      Case No. ____11-10666____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

____LVNV Funding LLC_____      ____North Star Capital Acquisition LLC____
Name of Transferee      Name of Transferor

Name and Address where notices to transferee should be sent:
LVNV Funding LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Court Claim # (if known): __1__
Amount of Claim: ____$5,442.48____
Date Claim Filed: ____11/16/2011____

Phone: __(877) 264-5884_____
Last Four Digits of Acct #: ____1136____

Phone: _____
Last Four Digits of Acct. #: __2084__

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ____/s/ Susan Gaines_____      Date: ____05/07/2014____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.